# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

**NEW JERSEY OFFICE**
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

November 14, 2008

**VIA ECF**

Honorable Peter G. Sheridan
United States District Court Judge
District of New Jersey
Martin Luther King Building and Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

Honorable Magistrate Esther Salas
United States District Court Judge
District of New Jersey
Martin Luther King Building and Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Novak And Elmagrabhy v. Home Depot USA, Inc.
Civil Action No.: 04-cv-4100
Novak v. Home Depot U.S.A., Inc.
Civil Action No.: 06-cv-4841

11/18/08
So Ordered
Peter G. Sheridan

Dear Judge Sheridan and Judge Salas:

I am plaintiffs' counsel in the above referenced actions. There are matters scheduled in both the cases for November 20, 2008. In action 06-cv-4841, the single state class action, there is an oral argument on plaintiff's motion for class certification scheduled. In action 04-cv-4100 there is a status conference scheduled.

I am forced to request an adjournment of both matters due to my actual engagement in a jury trial of a class action in the Southern District of New York. I am lead class trial counsel (and only class counsel) in that action. It commenced November 5 and defendants will <u>start</u> their case on Monday and thereafter the last day of trial is November 20, 2008. Charging conference, post-trial motions, closing statements, and deliberations will follow the close of proofs.

SQUITIERI & FEARON, LLP
Honorable Peter G. Sheridan
Honorable Magistrate Esther Salas
November 14, 2008
Page 2

The parties to these actions tried to find mutually agreeable dates but were unable to do so.

Since I am the cause of disruption, I will defer to any date selected by the Court or defendants' counsel. If it is a conflicted date for me, I will ensure that my partner will be up to speed to handle the argument. (He cannot, however, do so with only a week to learn the case and prepare for motion argument on the 20th).

I apologize for the inconvenience to the Court's and opposing counsel' schedule. Thank you for your consideration of this request.

Respectfully,

Olimpio Lee Squitieri

LS:mm

**VIA E-MAIL**

cc:   Patrick Brady, Esq.
      Joel Cohen, Esq.